UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAWN PACHECO,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No.   2:13-CV-3113-SAB<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The Defendant's Motion for Summary Judgment is **DENIED**. The decision of the Commissioner denying benefits is **reversed** and **remanded** to the agency for further proceedings consistent with the Order. Judgment is entered for Plaintiff.

DATED: September 11, 2014

					SEAN F. McAVOY
					Clerk of Court

					By: *s/Cheryl Cambensy*
					       Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**